JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CRANE BUTTON, <br><br> Plaintiff <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:16-CV-01939-DTB <br><br> [~~PROPOSED~~] **JUDGMENT** |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: November 18, 2016

THE HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

-1-